UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEN DYER,

        Plaintiff,        Case Number 16-11801
                                Honorable Terrence G. Berg

v.

EQUIFAX INFORMATION SERVICES, et al.,

        Defendants.
_____/

## ORDER OF DISMISSAL

On February 15, 2017, the Court was notified during a status conference that the parties had reached a settlement in this matter. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

**SO ORDERED**.

                                            s/Terrence G. Berg
                                            TERRENCE G. BERG
                                            UNITED STATES DISTRICT JUDGE

Dated:    February 15, 2017
             Flint, Michigan

## Certificate of Service

I hereby certify that this Order was electronically submitted onFebruary 15, 2017 February 15, 2017 using the CM/ECF system, which will send notification to all parties.

                                            s/A. Chubb
                                            Case Manager